**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                     )
**WILMA L. BRADLEY**                     )
                                                     )
                        Plaintiff,              )
                                                     )
            v.                                     )   Civil Action No. 06-2129 (RWR)
                                                     )
**MICHAEL JOHANNS, SECRETARY** )
**UNITED STATES DEPARTMENT** )
**OF AGRICULTURE**                     )
                                                     )
                        Defendant.           )
_____)

AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Wilma Bradley in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(l) of the federal Rules of Civil Procedure and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 5503 on March 14, 2007 to: Alberto Gonzales, United States Dept. of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530.  Signed receipt of the Complaint and Summons was made on March 19, 2007. Copies of the Certified Mail Receipt, as well as the Return Card are attached.

   In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge , information and belief.


April 16, 2007                     /s
Date                        Camilla C. McKinney

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7009 3400 0018 3588 5503

(Bradley)

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

[Postmark: WASHINGTON SQUARE PO 20035-9997 MAR 14 2007 USPS]

Recipient's Name *(Please Print Clearly) (to be completed by mailer)*
Alberto Gonzales, Atty General
Street, Apt. No.; or PO Box No.
950 Pennsylvania Ave NW
City, State, ZIP+4
Washington D.C. 20530

PS Form 3800, February 2000         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales, Atty General
U.S Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery
                                   MAR 19 2007
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*   7009 3400 0018 3588 5503

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540