UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILMA L. BRADLEY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2129 (RWR) |
| ) | |
| **MICHAEL JOHANNS, SECRETARY** ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF AGRICULTURE** ) | |
| ) | |
| Defendant. ) | |

AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Wilma Bradley in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(l) of the federal Rules of Civil Procedure and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 5855 on March 14, 2007 to: Michael Johanns, Secretary, United States Department of Agriculture, 1400 Independence Avenue, S.W., Washington, DC 20250. Signed receipt of the Complaint and Summons was made on March 19, 2007. Copies of the Certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge , information and belief.


April 16, 2007                                                             /s
Date                                                              Camilla C. McKinney

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0018 3588 5855

(Bradley)

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark: WASHINGTON SQUARE PO 20035-8997 MAR 14 2007 USPS

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Michael Johanns
Street, Apt. No.; or PO Box No.
1400 Independence Ave SW
City, State, ZIP+4
Washington D.C. 20250

PS Form 3800, February 2000 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Johanns, Secretary
U.S Dept of Agriculture
1400 Independence Ave SW
Washington D.C. 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kwame K___   ☐ Agent   ☐ Addressee
B. Received by (Printed Name): Kwame Loke
C. Date of Delivery: 3/19/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0018 3588 5855

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540