UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMA L. BRADLEY<br><br>          Plaintiff,<br><br>      v.<br><br>MICHAEL JOHANNS, SECRETARY<br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-2129 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Wilma Bradley in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(l) of the federal Rules of Civil Procedure and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 5466 on March 14, 2007 to: Jeffrey A. Taylor, United States Dept. of Justice 555 Fourth Street, N.W., Washington, DC 20530. Signed receipt of the Complaint and Summons was made on March 19, 2007. Copies of the Certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge , information and belief.


<u>April 16, 2007</u>                                                          <u>           /s           </u>
Date                                                                             Camilla C. McKinney

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

(Bradley)

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark: WASHINGTON SQUARE PO 20035-9997 MAR 14 2007 USPS

Recipient's Name *(Please Print Clearly)* (to be completed by mailer)
Jeffery Taylor U.S Atty for D.C.
Street, Apt. No.; or PO Box No.
555 4th Street NW
City, State, ZIP+4
Washington D.C. 20530

Article Number: 7099 3400 0018 3588 5466

PS Form 3800, February 2000    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffery A. Taylor, U.S Atty for D.C
US Department of Justice
555 4th Street NW
Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
MAR 19 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
(Transfer from service label)  7099 3400 0018 3588 5466

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540