# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMA L. BRADLEY,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL JOHANNS, Secretary United States Department of Agriculture,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case Number: 1:06CV2129 (TFH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned action.

Dated: May 16, 2007       Respectfully submitted,

               /s/  Robin M. Meriweather
             ROBIN M. MERIWEATHER, D.C. Bar. # 490114
             Assistant United States Attorney
             555 Fourth St., N.W.
             Washington, D.C. 20530
             Phone: (202) 514-7198
             Fax: (202) 514-8780
             Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2007, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Camilla C. McKinney, Esq.
Law Offices of Camilla C. McKinney, PLLC
1100 Fifteenth Street, N.W. Suite 300
Washington, DC 20005

      /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114