UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMA L. BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:06CV2129 (TFH) |
| ) | |
| MICHAEL JOHANNS, Secretary United States ) | |
| Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Michael Johanns, Secretary, United States Department of Agriculture ("USDA"), through undersigned counsel, hereby respectfully moves for an enlargement of time of 21 days, up to and including June 8, 2007, in which to move, answer or otherwise respond to plaintiff's complaint. Defendant's response would otherwise be due May 18, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendant contacted counsel for Plaintiff concerning the relief sought in this motion, and counsel for Plaintiff consented to the requested 21-day enlargement of time. In support of this motion, Defendant states as follows:

This is an action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the Age Discrimination in Employment Act, 29 U.S.C. § 621, et seq., by plaintiff, an employee of the United States Department of Agriculture. Plaintiff raises claims of age discrimination and retaliation.

To prepare an answer, or otherwise respond to plaintiff's complaint, the undersigned must consult with agency counsel concerning the factual allegations raised in plaintiff's complaint and the facts that support any defense USDA may raise. The undersigned also must review the relevant portions of the record of the administrative proceedings. The undersigned needs additional time to complete that factual investigation and review of the record, and to prepare Defendant's responsive pleading. The requested enlargement also will allow the undersigned Assistant United States Attorney to honor her commitments in other cases.

Defendant has not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendant an additional 21 days to answer Plaintiff's Complaint should cause no prejudice.

An order granting the relief sought is attached hereto.

Dated: May 16, 2007                    Respectfully submitted,


                                       _____/s/_____
                                       JEFFREY A. TAYLOR, D.C. BAR # 498610
                                       United States Attorney


                                       _____/s/_____
                                       RUDOLPH CONTRERAS, D.C. BAR #434122
                                       Assistant United States Attorney


                                       _____/s/_____
                                       ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                       Assistant United States Attorney
                                       555 Fourth St., N.W.
                                       Washington, D.C. 20530
                                       Phone: (202) 514-7198
                                       Fax: (202) 514-8780
                                       Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Camilla C. McKinney, Esq.
Law Offices of Camilla C. McKinney, PLLC
1100 Fifteenth Street, N.W. Suite 300
Washington, DC 20005

      /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMA L. BRADLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:06CV2129 (TFH) |
| ) | |
| MICHAEL JOHANNS, Secretary United States ) | |
| Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

It is further ORDERED that Defendant shall submit an Answer or otherwise respond to Plaintiff's Complaint by June 8, 2007.

SO ORDERED.

_____
United States District Judge