**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **WILMA L. BRADLEY** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No.    1:06CV2129 (TFH) |
|  | ) |
| **MICHAEL JOHANNS, SECRETARY** | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF AGRICULTURE** | ) |
|  | ) |
| Agency. | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO**
**DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through her undersigned counsel, hereby respectfully requests an extension of time until July 20, 2007, to submit Plaintiff's Opposition to Defendant's Partial Motion For Summary Judgment. Plaintiff's counsel contacted counsel for Defendant who consented to the extension. In support of this Motion, Plaintiff states as follows:

The current deadline to file the Opposition is June 22, 2007. Undersigned counsel seeks to extend the time to respond to Defendant's motion in order for counsel to have adequate time to confer with her client and to respond to the complex legal issues raised in Defendant's pleading.

Further, Plaintiff's counsel has had to address a number of pressing, unrelated matters in other cases causing her to need more time than previously anticipated to draft the Opposition. In particular, undersigned counsel has had mediations, hearings and discovery matters in unrelated cases as well as having to respond to a number of unexpected motions in another case.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. Additionally, the Agency has consented to this extension and should not be prejudiced by this delay. Accordingly, Plaintiff respectfully requests that she be given until July 20, 2007, to submit an Opposition to Defendant's Motion for Partial Summary Judgment.

Dated: June 19, 1007

Respectfully submitted,

_____/s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
Attorneys for Plaintiff Wilma Bradley

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2007, I caused a true and correct copy of the foregoing Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion for Partial Summary Judgment to be served electronically, via the CM-ECF system, to:

ROBIN M. MERIWEATHER
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

_____
Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILMA L. BRADLEY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.   1:06CV2129 (TFH) |
| ) | |
| **MICHAEL JOHANNS, SECRETARY** ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF AGRICULTURE** ) | |
| ) | |
| Agency. ) | |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion for Partial Summary Judgment, and the entire record herein, it is hereby ORDERED that the Plaintiff shall have until July 20, 2007, to file an Opposition to Defendant's Motion.


It is so ORDERED this _____ day of _____, 2007.


_____
District Court Judge