UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILMA L. BRADLEY,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**MICHAEL JOHANNS,**<br>**Secretary, United States Department of Agriculture**<br><br>    **Defendant.** | Civ. No. 06-02129 (TFH) |

### ORDER

Pending before the Court is a Motion to Dismiss and Motion for Summary Judgment [7] filed by Former Secretary of Agriculture Michael Johanns (the "Defendant"), which seeks to have the Court partially dismiss Wilma L. Bradley's (the "Plaintiff's") Complaint insofar as it contains claims of retaliation involving "retaliatory acts that occurred more than forty-five (45) days prior to June 22, 2004, the date on which Plaintiff contacted an EEO counselor concerning her retaliation claims." Def.'s Mot. to Dismiss 1. In response to the motion, the Plaintiff "concedes to the dismissal of her retaliation claims in Count II of her Complaint and as set forth in Paragraphs 27-29 of her Complaint." Pl.'s Opp'n Br. 3. Accordingly, it hereby is

**ORDERED** that the Motion to Dismiss and Motion for Summary Judgment [7] is **GRANTED** and Count II of the Plaintiff's Complaint is **DISMISSED** without prejudice.

It further is **ORDERED** that the parties shall appear for a scheduling conference on **Tuesday, January 15, 2008, at 11:00 a.m. in Courtroom 25A**, which is located on the fourth floor of the William B. Bryant Annex to the E. Barrett Prettyman Federal Courthouse at 333 Constitution Avenue, N.W., Washington, D.C., 20001.

It finally is **ORDERED** that, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure,[1] Michael Johanns' successor, Acting Secretary of Agriculture Chuck Conner, shall be substituted as the defendant in this case. The Clerk's Office therefore shall amend the case docket to reflect this substitution.

**SO ORDERED.**

November 20, 2007                                             /s/ *Thomas F. Hogan*
                                                                              Thomas F. Hogan
                                                                              Chief Judge

---

[1] Rule 25 states that "[w]hen a public officer is a party to an action in his official capacity and during its pendency dies, resigns, or otherwise ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party. Proceedings following the substitution shall be in the name of the substituted party . . . ." Fed. R. Civ. P. 25(d)(1).