UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMA L. BRADLEY,<br><br>    Plaintiff,<br><br>v.<br><br>CHUCK CONNER,<br>Acting Secretary, United States<br>Department of Agriculture<br><br>    Defendant. | Civ. No. 06-02129 (TFH) |

## SCHEDULING ORDER

Having carefully reviewed the Joint Local Rule 16.3 Report submitted by the parties, and in accordance with the status conference held in open court on January 15, 2008, it hereby is

**ORDERED** that this case shall proceed according to the following schedule unless otherwise ordered by the Court:

1. Discovery shall commence February 15, 2008, and shall conclude 180 days thereafter absent a motion by the parties to extend the duration. During the 30 days before discovery commences, the parties shall endeavor to ascertain when the Report of Investigation will be completed regarding the plaintiff's EEO claims currently pending before the agency.

2. Absent leave of the Court, each party shall be limited to 10 depositions and 30 interrogatories.

3. Expert reports shall be served on the other party within 100 days after discovery commences and any rebuttal expert reports shall be served on the other party 45 days thereafter.

4. Depositions of experts may be taken within 45 calendar days of service of their reports, or before the close of discovery, whichever is later.

5. In accordance with Federal Rule of Civil Procedure 26(f)(1), the parties shall submit a joint proposed procedure to govern discovery of electronically-stored information.

6. With the exception of the foregoing, the parties have agreed to comply with the requirements of Federal Rule of Civil Procedure 26(a)(2).

7. Once discovery has concluded, or at the parties' request before discovery concludes, the case will be referred for Alternative Dispute Resolution ("ADR"). Once ADR concludes, the parties shall so notify the Court.

8. If the case remains unresolved after ADR, dispositive motions shall be due to be filed 45 days after ADR concludes. Opposition briefs shall be due 45 days after dispositive motions are filed, and reply briefs shall be due 15 days thereafter.

9. The pretrial conferences and a trial date will be scheduled after the resolution of any dispositive motions.

10. Any requests to continue or reschedule a due date shall be by motion filed with the Court after conferring with the opposing party.

It further is **ORDERED** that the parties shall appear for a status conference on May 8, 2008, at 10:30 a.m. in Courtroom 25A.

**SO ORDERED.**

January 17, 2008

                                                        /s/
                                        Thomas F. Hogan
                                          Chief Judge