# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMA L. BRADLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2129 (RWR) |
| | ) |
| EDWARD T. SCHAFER, Secretary, | ) |
| U.S. Department of Agriculture[1] | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Christian A. Natiello, Assistant United States Attorney, and remove the appearance of Robin Meriweather, Assistant United States attorney, as counsel for Defendant.

Respectfully submitted,

/s/
CHRISTIAN A. NATIELLO, D.C. Bar #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

---

[1] Edward T. Schafer is being substituted as defendant pursuant to FRCP 25(d).