# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILMA L. BRADLEY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  06-2129 (RWR) |
| ) | |
| **ED SCHAFER, SECRETARY** ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF AGRICULTURE** ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR A CONTINUANCE OF THE STATUS CONFERENCE

Plaintiff and Defendant, by and through their undersigned counsel, hereby respectfully request a continuance of the status conference scheduled for May 8, 2008. The parties have conferred regarding this matter and are in agreement to continue the status conference. In support of this Motion, the parties state as follows:

As noted, currently the status conference is scheduled for May 8, 2008. The parties request to postpone the status conference because the Plaintiff filed an amended complaint on April 8, 2008. As such, the parties believe that a status conference at this stage in the proceedings is premature.

In addition, Plaintiff's counsel has a trial scheduled for May 12, 13, and 14, 2008. In order to prepare for trial in this unrelated case, Plaintiff requests continuance of the May 8 status conference.

For all the foregoing reasons, the parties have shown just cause why this motion should be granted. Accordingly, the parties respectfully request that the status conference be continued to an alternative date.

Dated: May 6, 2008                                   Respectfully submitted,

_____/s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
Attorneys for Plaintiff Wilma Bradley


_____/s/_____
Christian A. Natiello
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2008, I caused a true and correct copy of the foregoing Joint Motion for a Continuance of the Status Conference to be filed electronically, via the CM-ECF system.

_____/s/_____
Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WILMA L. BRADLEY**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**ED SCHAFER, SECRETARY**<br>**UNITED STATES DEPARTMENT**<br>**OF AGRICULTURE**<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-2129 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Joint Motion for a Continuance of the Status Conference, and the entire record herein, it is hereby ORDERED that the Status Conference be rescheduled from May 8, 2008, to an alternative date.

It is so ORDERED this _____ day of _____, 2008.

_____
District Court Judge