UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILMA L. BRADLEY** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ED SCHAFER, SECRETARY** )<br>**UNITED STATES DEPARTMENT** )<br>**OF AGRICULTURE** )<br>)<br>Defendant. )<br>) | Civil Action No.:  06-2129 (TFH) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff Wilma L. Bradley, by and through undersigned counsel, hereby respectfully requests an extension of time to complete discovery in this matter.  The current deadline for discovery is August 13, 2008.  Plaintiff requests an extension until November 14, 2008.  Per the Court's May 6, 2006 Minute Order, the parties are also requesting a status conference in November 2008, or at the Court's convenience, to set a schedule for any dispositive motions or post-discovery issues.

Plaintiff has conferred with Counsel for Defendant regarding this Motion who has agreed to this extension of time.  Assuming this Motion is granted, the parties have also agreed to extend the time to serve expert witness reports with Plaintiff's report due on or before July 25, 2008, and any rebuttal expert report due on or before September 23, 2008.  In support of this Motion, Plaintiff states as follows:

Expert witness reports were due on or before May 26, 2008.  Plaintiff was unable to serve her expert witness report because Plaintiff's counsel devoted a significant amount of time preparing for a trial which was scheduled to take place during the month of May.  In addition,

although discovery commenced February 15, 2008, an Amended Complaint was filed by Plaintiff on April 8, 2008 and both parties need extra time for discovery to address the additional non-selection Count which was added to the Complaint. Lastly, counsel for Plaintiff is currently short-staffed, as one attorney is leaving the Firm in June and another is on maternity leave.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. Additionally, Defendant has consented to this Motion and will not be prejudiced by the extension. Accordingly, Plaintiff requests that the parties be given until November 14, 2008 to complete discovery and the Court schedule a status conference in November 2008 to set a schedule for any dispositive motions.

Dated: June 18, 2008                         Respectfully submitted,

_____/s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
Attorneys for Plaintiff Wilma Bradley

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2008, I caused a true and correct copy of the foregoing Plaintiff's Consent Motion for Extension of Time to be filed electronically, via the CM-ECF system, to:

Christian A. Natiello
Assistant United States Attorney
555 Fourth St., N.W., Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov,
Attorney for Defendant

_____/s/_____
Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILMA L. BRADLEY**,  Plaintiff, <br><br> v. <br><br> **ED SCHAFER, SECRETARY UNITED STATES DEPARTMENT OF AGRICULTURE** <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No.: 06-2129 (TFH) ) ) ) ) ) ) ) ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that discovery shall close on November 14, 2008 and that a status conference shall be set for November ___, 2008.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge